ROBERT J. ANDERSON (CA SBN 97312)
ATTORNEY AT LAW
1671 The Alameda, Suite 300
San Jose, California 95126
Telephone: 408.293.8400

Attorney for Plaintiff
JONATHAN M. GOMEZ, dba AMERICANA
FLOWER BROKERS OF SAN FRANCISCO

PAUL T. FRIEDMAN (CA SBN 98381)
ANNEMARIE C. O'SHEA (CA SBN 157988)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: pfriedman@mofo.com
       aoshea@mofo.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN M. GOMEZ, dba AMERICANA FLOWER BROKERS OF SAN FRANCISCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE,<br><br>　　　　　Defendants. | Case No.　C 05-01913 EMC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>ORDER |

STIPULATION OF DISMISSAL WITH PREJUDICE
1

sf-2157405

Pursuant to Fed. R. Civ. P. Rule 41(a)(ii), Plaintiff Jonathan M. Gomez, dba Americana Flower Brokers of San Francisco, and Defendant United Parcel Service, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of the above-entitled action with prejudice, each side to bear its own costs and attorneys fees.

Dated: July 6, 2006

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
MORRISON & FOERSTER LLP

By: /s/ Annemarie C. O'Shea
    Annemarie C. O'Shea

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Dated: July 6, 2005

ROBERT J. ANDERSON

By: /s/ Robert J. Anderson
    Robert J. Anderson

Attorney for Plaintiff
JONATHAN M. GOMEZ, dba
AMERICANA FLOWER BROKERS
OF SAN FRANCISCO

I, Annemarie C. O'Shea, am the ECF User whose ID and password are being used to file this Stipulation of Dismissal With Prejudice. I hereby attest that Robert J. Anderson, counsel for plaintiff, has concurred in this filing.

Dated: July 6, 2006

By: /s/ Annemarie C. O'Shea

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 7/1

STIPULATION OF DISMISSAL WITH PREJ.
2

sf-2157405